UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Marshall Austin, | ) | |
| | ) | Case No.: 2:23-cv-2899-RMG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Charleston Day School ("CDS"); Emmie | ) | |
| G. Hershey; Judith Foley Arnstein. | ) | |
| | ) | |

## PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES

Plaintiff Marshall Austin, by and through his undersigned counsel, answers the Local Rule 26.01 Interrogatories of the Court as follows:

**Interrogatory A:** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**Answer:** None known to Plaintiff.

**Interrogatory B:** As to each claim, state whether it should be tried jury or nonjury and why.

**Answer:** The Complaint sets forth a retaliation claim under the False Claims Act (31 U.S.C. § 3730(h)) and should be tried to a jury.

**Interrogatory C:** State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which

it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**Answer:** Plaintiff is not a publicly owned company.

**Interrogatory D:** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**Answer D:** Venue is appropriate in the Charleston Division because defendants reside in the Charleston Division and a substantial part of the events or omissions giving rise to the claim occurred in the Charleston Division. *See* Local Civ. Rule 3.01(A)(1) (D.S.C.).

**Interrogatory E:** Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Answer:** Plaintiff is unaware of any related matters in this District.

**[Signature Page Follows]**

Respectfully submitted by:

**LAW OFFICE OF BILL NETTLES**

*Attorneys for Plaintiff*

/s/William N. Nettles

William N. Nettles (D.S.C. Federal ID No. 6586)

John L. Warren III (D.S.C. Federal ID No. 12164)

2008 Lincoln Street

Columbia, South Carolina 29201

Telephone: (803) 814-2826

June 21, 2023