# Exhibit B

**Non-Public Schools in SC that received Covid Relief Funds**

PPP

| Borrower | Loan amount | Amount forgiven |
|---|---|---|
| ADDLESTONE HEBREW ACADEMY | 271420 | 274543.19 |
| ADDLESTONE HEBREW ACADEMY | 271400 | 274513.56 |
| ASHLEY HALL FOUNDATION | 2208777 | 2260376.48 |
| ASHLEY HALL FOUNDATION | 2000000 | 2030222.22 |
| CAROLINA VOYAGER CHARTER SCHOOL | 371385 | 376635.26 |
| CHARLES TOWNE MONTESSORI SCHOOL | 147400 | 149119.67 |
| CHARLES TOWNE MONTESSORI SCHOOL | 141485 | 142188.49 |
| CHARLESTON CATHOLIC SCHOOL | 223987.4 | 226768.53 |
| CHARLESTON CHRISTIAN SCHOOL | 109593 | 110977.17 |
| CHARLESTON COLLEGIATE SCHOOL | 728557 | 722509.06 |
| CHARLESTON COLLEGIATE SCHOOL | 454895 | 457321.11 |
| CHARLESTON DAY SCHOOL, INC. | 570200 | 573732.07 |
| CHARLESTON DEVELOPMENT ACADEMY | 252700 | 255451.62 |
| CHARLESTON SAILING SCHOOL LLC | 52500 | 52950.21 |
| CHRIST OUR KING STELLA MARIS CATHOLIC SCHOOL | 649731.3 | 658105.64 |
| CLAPHAM EDUCATION GROUP | 113778 | 114370.27 |
| CROWN LEADERSHIP ACADEMY, INC. | 155187.3 | 156488.34 |
| EAST COOPER MONTESSORI CHARTER SCHOOL | 619800 | 624035.3 |
| FIRST BAPTIST SCHOOL | 582984 | 586913.15 |
| FIRST BAPTIST SCHOOL | 502782.5 | 508485.29 |
| GREG MATHIS CHARTER HIGH SCHOOL | 126647 | 127227.47 |
| JAMES ISLAND CHRISTIAN SCHOOL | 147200 | 148050.94 |
| JANICE MEYERS | 24827 | 24955.96 |
| KIDS ON POINT, INC. | 48500 | 49056.4 |
| LOWCOUNTRY LEADERSHIP CHARTER SCHOOL | 645400 | 651712.54 |
| LOWCOUNTRY LEARNERS, LLC | 52500 | 52830.82 |
| MASON PREPARATORY SCHOOL | 511200 | 515133.4 |
| MONTESSORI LEARNING COLLECTIVE LLC | 47200 | 47422.42 |
| MONTESSORI LEARNING COLLECTIVE, LLC | 47200 | 37429.32 |
| MONTESSORI SCHOOL OF MT PLEASANT INC | 118900 | 119662.94 |
| MONTESSORI SCHOOL OF MT. PLEASANT INC. | 120800 | 121491.7 |
| NATIVITY SCHOOL | 133522 | 134987.03 |
| OCEANSIDE COLLEGIATE ACADEMY | 272697.5 | 274076.14 |
| OWENS CHRISTIAN ACADEMY | 67372.55 | 67793.63 |
| PALMETTO SCHOLORS ACADEMY | 525982 | 529693.1 |
| PALMETTO SCHOOL OF CAREER DEVELOPMENT LLC | 64436 | 64803.2 |
| RUBY'S ACADEMY | 55492 | 56240 |
| SAINT JAMES DAY SCHOOL | 85710 | 86398.06 |
| SEA ISLAND PRESCHOOL LLC | 146421.4 | 137338.48 |
| ST. JOHN'S CATHOLIC SCHOOL | 98297 | 99356.42 |
| SUNDROPS GROUP LLC | 666200 | 671029.95 |
| SUNDROPS GROUP LLC | 641700 | 647439.65 |
| SUNRISE CHILDREN SCHOOL-SBA SMALL 7A TERM | 18247 | 18471.54 |
| THE ACORN SCHOOL OF CHARLESTON | 18615 | 18753.72 |
| THE COOPER SCHOOL | 156000 | 146788 |
| THE OAKS CHILDREN'S ACADEMY LLC | 160000 | 162073.42 |

| | | |
|---|---:|---:|
| THE PORTER ACADEMY DBA PORTER GAUD | 3658800 | 3700266.4 |
| TRIDENT ACADEMY INC | 271000 | 274086.39 |
| TRINITY MONTESSORI CHRISTIAN SCHOOL INC. | 120607 | 121682.41 |
| TRINITY MONTESSORI CHRISTIAN SCHOOL, INC | 120600 | 121933.3 |
| UNIVERSITY SCHOOL OF THE LOWCOUNTRY | 129325 | 130093.86 |

EANS

| School Name | Address | City/State/Zip | Total Assistance |
|---|---|---|---|
| Abundant Life Christian School | 630 Farr's Bridge Road | Greenville, SC 29611 | $29,843.70 |
| Anderson Christian School | 3902 Liberty Hwy | Anderson, SC 29621 | $364,571.84 |
| Bishop England High School | 363 Seven Farms Drive | Charleston, SC 29492 | $666,456.19 |
| Blessed Sacrament Catholic School | 7 St. Teresa Drive | Charleston, SC 29407 | $603,472.07 |
| Bob Jones Academy | 1700 Wade Hampton Blvd. | Greenville, SC 29614 | $593,417.21 |
| Calvary Christian School | 4511 Dick Pond Road | Myrtle Beach, SC 29588 | $210,237.00 |
| Cambridge Academy | 103 Eastman Street | Greenwood, SC 29649 | $480,651.76 |
| Camden Military Academy | 520 Highway 1 N | Camden, SC 29020 | $214,477.19 |
| Camperdown Academy | 65 Verdale Commons Dr | Greenville, SC 29607 | $215,969.00 |
| Cardinal Newman School | 2945 Alpine Rd | Columbia, SC 29223 | $880,802.49 |
| Carolina Christian Academy | 1850 Kershaw Camden Hwy | Lancaster, SC 29720 | $1,686,047.66 |
| Chabad Jewish Academy | 2803 N Oak Street | Myrtle Beach, SC 29577 | $288,513.00 |
| Charleston Day School, Inc. | 15 Archdale Street | Charleston, SC 29401 | $79,777.82 |
| Christ Church Episcopal School | 245 Cavalier Drive | Greenville, SC 29334 | $224,321.10 |
| Christ Our King - Stella Maris School | 1183 Russell Drive | Mt. Pleasant, SC 29464 | $583,240.30 |
| Christian Academy of Myrtle Beach | 291 Ronald McNair Blvd | Myrtle Beach, SC 29579 | $207,410.60 |
| Clarendon Hall | 1140 South Duke St | Summerton, SC 29148 | $90,045.44 |
| Coastal Christian Preparatory School | 681 McCants Drive | Mt. Pleasant, SC 29464 | $4,845.88 |
| Colleton Prep Academy | 165 Academy Road | Walterboro, SC 29488 | $780,869.17 |
| Conway Christian School | 1200 Medlen Parkway | Conway, SC 29526 | $186,400.00 |
| Cornerstone Community Academy | 14855 CR Koon Hwy, P.O. Box 634 | Newberry, SC 29108 | $3,512.52 |
| Crown Leadership Academy | 1455 Wakendaw Rd | Mt. Pleasant, SC 29464 | $24,580.94 |
| Dillon Christian School | 1325 Commerce Drive | Dillon, SC 29536 | $59,356.39 |
| Divine Redeemer School | 1104 Fort Drive | Hanahan, SC 29410 | $335,879.86 |
| Dorchester Academy | 234 Academy Rd. | St George, SC 29477 | $303,860.46 |
| Easley Christian School | 461 Saco Lowell Rd | Easley, SC 29640 | $630,435.89 |
| Ebenezer Weekday Ministry | 524 S Ebenezer Rd | Florence, SC 29501 | $2,347.98 |
| Faith Christian School | 337 Farmington Road | Summerville, SC 29486 | $91,594.72 |
| First Presbyterian Church Day School | 302 W Whitner St. | Anderson, SC 29624 | $10,000.00 |
| Foothills Christian School | 126 Robin Rd | Westminster, SC 29693 | $341,655.28 |
| Fountain Inn Christian School | 3597 Abercrombie Rd | Fountain Inn, SC 29644 | $2,000.00 |
| Francis Hugh Wardlaw Academy | 1296 Columbia Road | Johnston, SC 29832 | $56,651.91 |
| Glenforest School | 1041 Harbor Drive | West Columbia, SC 29169 | $14,880.79 |
| Grace Christian School | 416 Denham Avenue | West columbia, SC 29169 | $470,263.92 |
| Hammond School | 854 Galway Lane | Columbia, SC 29209 | $167,732.38 |
| Hampton Park Christian School | 875 State Park Rd | Greenville, SC 29609 | $118,160.86 |
| Harmony School | 3737 Covenant Rd | Columbia, SC 29204 | $4,206.16 |
| Harvest Community School | 10 S Duke St | Summerton, SC 29148 | $629,993.61 |
| Harvest Time International Academy | 227 Huger Street | Charleston, SC 29403 | $24,059.57 |
| Hawthorne Christian Academy | 790 Hawthorne Road | Chester, SC 29706 | $415,022.25 |
| Heathwood Hall Episcopal School | 3000 S Beltline Blvd | Columbia, SC 29201 | $151,374.83 |
| Hilton Head Christian Academy | 3088 Bluffton Parkway | Bluffton, SC 29910 | $506,481.47 |
| Hilton Head Preparatory School | 8 Fox Grape Road | Hilton Head Island, SC 29928 | $216,982.98 |
| Holly Hill Academy | 142 Bunch Ford Rd | Holly Hill, SC 29059 | $222,237.62 |
| Holy Angels Academy | 11 South Magnolia Street | Sumter, SC 29150 | $316,237.96 |
| Holy Trinity Catholic School | 1100 8th Avenue N | North Myrtle Beach, SC 29582 | $503,409.82 |
| Holy Trinity Classical Christian School | 302 Burroughs Ave | Beaufort, SC 29902 | $129,889.45 |
| John Paul II Catholic School | 4211 N Okatie Highway | Ridgeland, SC 29936 | $850,683.00 |

| School | Address | City | Amount |
|---|---|---|---|
| Laurence Manning Academy | 1154 Academy Drive | Manning, SC 29102 | $380,125.06 |
| Lee Academy of Bishopville, Inc. | 630 Cousar St. | Bishopville, SC 29010 | $230,320.25 |
| Little School at Grace Church | 98 Wentworth Street | Charleston, SC 29401 | $6,643.89 |
| Lowcountry Preparatory School | 300 Blue Stem Drive | Pawleys Island, SC 29585 | $417,836.25 |
| Mauldin Christian Academy | 150 S. Main Street | Mauldin, SC 29662 | $10,000.00 |
| Mead Hall School Episcopal School | 129 Pendleton Street SW | Aiken, SC 29801 | $530,875.97 |
| Midland Valley Christian Academy | 3526 Jefferson Davis Highway | Graniteville, SC 29829 | $110,665.13 |
| Mitchell Road Christian Academy | 207 Mitchell Road | Greenville, SC 29615 | $148,107.27 |
| Mountain View Christian Academy | 650 Battleground Rd | Cowpens, SC 29330 | $69,300.71 |
| Nativity School | 1125 Pittsford Circle | Charleston, SC 29412 | $515,123.01 |
| New Covenant School | 303 Simpson Rd | Anderson, SC 29621 | $10,000.00 |
| Newberry Academy | 2055 Smith Rd | Newberry, SC 29108 | $319,805.88 |
| North Myrtle Beach Christian School | 9535 Highway 90 | Longs, SC 29568 | $448,551.00 |
| Oakbrook Preparatory School | 190 Lincoln School Road | Spartanburg, SC 29301 | $755,459.35 |
| Oakwood Christian School | 304 Pearman Dairy R | Anderson, SC 29625 | $872,734.58 |
| Our Lady of Peace Catholic School | 137 Way of Peace | North Augusta, SC 29841 | $450,140.57 |
| Our Lady of the Rosary Catholic School | 2 James Drive | Greenville, SC 29605 | $1,058.13 |
| Patrick Henry Academy | 8766 Savannah Highway | Estill, SC 29918 | $161,857.93 |
| Pee Dee Academy | 2903 E. Hwy. 76 | Mullins, SC 29574 | $104,802.67 |
| Pinewood Preparatory School | 1114 Orangeburg Road | Summerville, SC 29483 | $1,225,151.10 |
| Porter-Gaud School | 300 Albemarle Road | Charleston, SC 29407 | $418,922.30 |
| Prince of Peace Catholic School | 1209 Brushy Creek Rd | Taylors, SC 29687 | $589,418.49 |
| Providence Classical School | 318 N. Jones Ave. | Rock Hill, SC 29730 | $232,582.00 |
| Saint John Catholic School | 3921 St. John's Avenue | North Charleston, SC 29405 | $472,629.88 |
| Saint Mary Help of Christians Catholic School | 118 York Street SE | Aiken, SC 29801 | $515,531.28 |
| Shiloh Christian School | 2604 Hwy 184 W | Due West, SC 29638 | $3,150.00 |
| Southside Christian School | 2211 Woodruff Rd | Simpsonville, SC 29681 | $597,985.78 |
| Spartanburg Christian Academy | 8740 Asheville Hwy | Spartanburg, SC 29316 | $49,839.00 |
| Spartanburg Day School | 1701 Skylyn Drive | Spartanburg, SC 29307 | $832,071.93 |
| St. Andrew Catholic School | 3601 N. Kings Highway | Myrtle Beach, SC 29577 | $1,290,884.48 |
| St. Anne Catholic School | 1698 Bird Street | Rock Hill, SC 29730 | $1,273,117.15 |
| St. Anthony Catholic School | 2536 West Hoffmeyer Rd | Florence, SC 29501 | $642,724.18 |
| St. Anthony of Padua Catholic School | 311 Gower St | Greenville, SC 29611 | $579,551.63 |
| St. Elizabeth Ann Seton Catholic School | 1300 Carolina Forest Blvd | Myrtle Beach, SC 29579 | $299,034.00 |
| St. Francis Catholic School | 45 Beach City Rd | Hilton Head Island, SC 29926 | $502,349.85 |
| St. Gregory the Great Catholic School | 38 St. Gregory Drive | Bluffton, SC 29909 | $836,276.09 |
| St. John Neumann Catholic School | 721 Polo Road | Columbia, SC 29223 | $746,334.28 |
| St. Joseph Catholic School | 1200 Cornelia Rd | Anderson, SC 29621 | $455,572.84 |
| St. Joseph School | 3700 Devine Street | Columbia, SC 29205 | $494,941.79 |
| St. Joseph's Catholic School | 100 St. Joseph's Drive | Greenville, SC 29607 | $1,272,390.24 |
| St. Martin de Porres Catholic School | 2225 Hampton Street | Columbia, SC 29204 | $574,027.38 |
| St. Michael Catholic School | 542 Cypress Ave. | Murrells Inlet, SC 29576 | $379,216.99 |
| St. Paul The Apostle Catholic School | 152 Alabama Street | Spartanburg, SC 29302 | $274,670.25 |
| St. Peter's Catholic School | 70 Ladys Island Dr. | Beaufort, SC 29907 | $308,666.40 |
| St. Peter's Catholic School | 1035 Hampton St | Columbia, SC 29201 | $170,487.85 |
| Summerville Catholic School | 226 Black Oak Boulevard | Summerville, SC 29485 | $280,068.94 |
| Sumter Christian School | 420 South Pike West | Sumter, SC 29150 | $53,674.12 |
| Tabernacle Christian School | 3931 White Horse Rd. | Greenville, SC 29611 | $164,822.99 |
| Temple Christian Academy | 2905 Stanridge Road | Anderson, SC 29625 | $10,186.21 |

| | | | |
|---|---|---|---|
| The Charleston Catholic School | 888A King St. | Charleston, SC 29403 | $971,791.28 |
| The Complete Student | 2204 Southside Blvd | Port Royal, SC 29935 | $28,994.35 |
| The King's Academy | 1015 S Ebenezer Rd | Florence, SC 29501 | $166,130.00 |
| Thomas Heyward Academy | 1727 Malphrus Rd | Ridgeland, SC 29936 | $80,194.60 |
| Town Creek Christian Academy | 250 Town Creek Rd | Aiken, SC 29803 | $129,671.69 |
| Trident Academy | 1455 Wakendaw Road | Mount Pleasant, SC 29464 | $86,673.72 |
| Trinity Collegiate School | 5001 Hoffmeyer Road | Darlington, SC 29532 | $176,433.00 |
| Union Christian Day School | 331 Meansville Rd | Union, SC 29379 | $69,520.00 |
| University School of the Lowcountry | 690 Coleman Boulevard | Mount Pleasant, SC 29464 | $72,067.99 |
| Walnut Grove Christian School | 1036 Maxwell Mill Rd | Fort Mill, SC 29708 | $598,067.20 |
| Westminster Catawba Christian School | 2650 India Hook Rd | Rock Hill, SC 29732 | $106,752.63 |
| Westside Christian Academy | 554 Pinewood Road | Sumter, SC 29154 | $41,212.36 |
| Williamsburg Academy | 1000 Sandy Bay Rd. | Kingstree, SC 29556 | $41,685.12 |
| Wyman King Academy | 1046 Sardis Road | Batesburg, SC 29006 | $48,768.29 |
| **Total** | | | **$38,702,511.34** |